# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PATRICK S. LEO, | ) |
| | ) |
| Plaintiff | ) |
| v. | )   Civil No.   08-cv-46-P-S |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 11) filed June 26, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's 28 U.S.C. §2255 motion is **DENIED**.

 /s/ George Z. Singal
Chief United States District Judge

Dated this 11th day of August, 2008.